No. 83–1673. DEVINE, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT v. NUTT ET AL. C. A. Fed. Cir. [Certiorari granted, *ante*, p. 814.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 83–2161. MONTANA ET AL. v. BLACKFEET TRIBE OF INDIANS. C. A. 9th Cir. [Certiorari granted, *ante*, p. 815.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 84–4. WILLIAMSON COUNTY REGIONAL PLANNING COMMISSION ET AL. v. HAMILTON BANK OF JOHNSON CITY. C. A. 6th Cir. [Certiorari granted, *ante*, p. 815.] Motion of California et al. for leave to participate in oral argument as *amici curiae*, for divided argument, and for additional time for oral argument denied. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 84–48. UNITED STATES v. BAGLEY. C. A. 9th Cir. [Certiorari granted, *ante*, p. 1016.] Motion for appointment of counsel granted, and it is ordered that Thomas W. Hillier II, Esquire, of Seattle, Wash., be appointed to serve as counsel for respondent in this case.

No. 84–68. KERR-MCGEE CORP. v. NAVAJO TRIBE OF INDIANS ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 879.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 84–262. MOUNTAIN STATES TELEPHONE & TELEGRAPH CO. v. PUEBLO OF SANTA ANA. C. A. 10th Cir. [Certiorari granted, *ante*, p. 879.] Motion of Public Service Company of New Mexico for leave to file a brief as *amicus curiae* granted. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.